IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OXFORD INVESTMENTS, L.P., : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 09-3396 |
| v. : | |
| : | |
| CITY OF PHILADELPHIA, ET AL., : | |
| Defendants. : | |

# ORDER

**AND NOW**, this ____ day of May, 2014, upon consideration of Oxford Investments, L.P.'s ("Plaintiff") Motion for Summary Judgment (Doc. 71), the City of Philadelphia and the Philadelphia Zoning Board of Adjustment's ("Defendants") Motion for Summary Judgment (Doc. 70), and all responses thereto, **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **DENIED** and Defendants Motion is **GRANTED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**